# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARQUISHA M. TORY, | : | |
| Plaintiff, | : | |
| | | Case No. 3:12cv00315 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Chief Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

# ORDER

Plaintiff brings this social security case *pro se*. The Court previously granted her application to proceed *in forma pauperis* and the Clerk of Court issued summons. Yet the Commissioner explains, summons has not been perfected. (Doc. #6, PageID at 16). The present record does not indicate or explain why this service did not occur. It appears, moreover, that Plaintiff was not at fault and that service was correctly issued to the United States Attorney for the Southern District of Ohio, to the U.S. Attorney General in Washington, D.C., and to the Social Security Administration. *See* Fed. R. Civ. P. 4(i); *see also* Doc. #3.

Accordingly, the Clerk of Court is directed to again serve summons and a copy of

the Complaint as required by Fed. R. Civ. P. 4(i).


February 15, 2013

                                                s/Sharon L. Ovington
                                                   Sharon L. Ovington
                                      Chief United States Magistrate Judge